UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE
_____

YVONNA BROWN, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.                                                    Civil Action No.:3:11-0146
                                                    Judge Sharp
                                                    Magistrate Judge Griffin


CASH TECHNOLOGIES OF AMERICA, CORP.
and TENT RESTAURANT OPERATIONS, INC,
_____

NOTICE OF SETTLEMENT

Comes now the Parties and advises the Court that the Plaintiff, individually and the Defendant, **CASH TECHNOLOGIES OF AMERICA, CORP**, are entering into a proposed settlement of this matter upon an individual basis. The Parties request that any ruling on the Motion for Class Certification be withheld based upon the individual settlement as it appears that the Defendant does not have sufficient assets to sustain a judgment favorable to a class. The Parties propose to submit a Proposed Order of Dismissal upon the Parties completion of the execution of a Settlement Agreement.

                                                            Respectfully submitted,

                                                            **TODD AND SPENCER**

                                                            By: s/Henry F. Todd, Jr._____
                                                                  Henry F. Todd, Jr.(#005574)
                                                                  404 East College St., Suite I
                                                                 Dickson, TN 37055
                                                                (615) 446-0511 - telephone
                                                                (615) 441-3437 - facsimile
                                                                e-mail: henrytoddjr@bellsouth.net

1

**TRAVIS, & CALHOUN, P.C.**

**By:** s/Eric G. Calhoun_____
    Eric G. Calhoun, Esq.
    1000 Providence Towers East
    5001 Spring Valley Road
    Dallas, Texas 75244
    (972) 934-4100 – telephone
    (972) 934-4101 – facsimile
    e-mail: eric@travislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*

**MILLER & MARTIN PLLC**

**By:** s/E. Todd Presnell_____
    E. Todd Presnell, Esq.
    150 Fourth Avenue North
    Suite 1200
    Nashville, Tennessee 37219
    (615) 744-8447 – telephone
    (615) 744-8647 - facsimile
    e-mail: tpresnell@millermartin.com>

*Attorneys for Defendant Cash Technologies of America, Corp.*